BYRON COOPER (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co

S. Calvin Capshaw (*Pro Hac Vice* Appliction to be submitted)
Elizabeth L. DeRieux (*Pro Hac Vice* Appliction to be submitted)
John E. Lord (CA State Bar No. 216111)
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jlord@capshawlaw.com

Attorneys for Plaintiff
MEDIOSTREAM, INC.

FILED.

2010 DEC 17 P 1:59

E-filing RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

ADR

Paid
NP
(14)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC.,, <br><br> Plaintiff, <br><br> v. <br><br> ACER INC., ASUSTeK COMPUTER INC., DELL INC., and MICROSOFT CORPORATION. <br><br> Defendants. | Case No. CV10 - 5762 EMC <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff MEDIOSTREAM, INC. for its Complaint against Defendants ACER INC.,

ASUSTeK COMPUTER INC., DELL INC., and MICROSOFT CORPORATION, (collectively

"Defendants"), alleges:

///

COMPLAINT FOR
PATENT INFRINGEMENT                    CASE NO.

**NATURE OF THE ACTION**

1. This is an action for patent infringement of U.S. Patent No. 7,843,508 (the "'508 Patent").

**THE PARTIES**

2. Plaintiff MedioStream, Inc. ("MedioStream") is a California corporation that maintains its principal place of business at 4962 El Camino Real, Suite 201, Los Altos, CA 94022.

3. Upon information and belief, defendant Acer Inc. ("Acer") is a Taiwan, R.O.C. corporation with its principal place of business at Hsin Tai Wu Rd., HsiChin, Taipei Hsien 221, Taiwan R.O.C.

4. Upon information and belief, defendant ASUSTeK Computer, Inc., ("ASUSTeK") is a Taiwan, R.O.C. corporation with its principal place of business at No. 15, Li-Te Rd., Peitou District, Taipei 112, Taiwan R.O.C.

5. Upon information and belief, defendant Dell Inc. ("Dell") is a Delaware corporation with its principal place of business at One Dell Way, Round Rock, Texas 78682.

6. Upon information and belief, defendant Microsoft Corporation ("Microsoft") is a Washington corporation with its principal place of business at One Microsoft Way, Redmond, WA 98052-6399.

**JURISDICTION AND VENUE**

7. This action arises under the patent laws of the United States, Title 35, United States Code §§1 *et seq*. The jurisdiction of this Court over the subject matter of this action is proper under 28 U.S.C. §§1331 and 1338(a).

8. The personal jurisdiction of this Court over defendant Acer in this case is proper because, on information and belief, Acer, through various commercial arrangements has engaged in continuous and systematic activities within the State of California by *inter alia*, placing computer products that infringe MedioStream's patent into the stream of commerce, which stream is directed at

COMPLAINT FOR
PATENT INFRINGEMENT  - 2 -  CASE NO.

1   the State of California, including this district, with the knowledge and/or understanding that such

2   products would be sold in the State of California, including this district.

3       9.      The personal jurisdiction of this Court over defendant ASUSTeK in this case is proper

4   because, on information and belief, ASUSTeK, through various commercial arrangements has

5   engaged in continuous and systematic activities within the State of California by *inter alia*, placing

6   computer products that infringe MedioStream's patent into the stream of commerce, which stream is

7   directed at the State of California, including this district, with the knowledge and/or understanding that

8   such products would be sold in the State of California, including this district.

9

10      10.     The personal jurisdiction of this Court over defendant Dell in this case is proper

11  because, on information and belief, Dell, through various commercial arrangements has engaged in

12  continuous and systematic activities within the State of California by *inter alia*, placing computer

13  products that infringe MedioStream's patent into the stream of commerce, which stream is directed at

14  the State of California, including this district, with the knowledge and/or understanding that such

15  products would be sold in the State of California, including this district.

16

17      11.     The personal jurisdiction of this Court over defendant Microsoft in this case is proper

18  because, on information and belief, Microsoft, through various commercial arrangements has engaged

19  in continuous and systematic activities within the State of California by *inter alia*, placing software

20  products that infringe MedioStream's patent into the stream of commerce, which stream is directed at

21  the State of California, including this district, with the knowledge and/or understanding that such

22  products would be sold in the State of California, including this district.

23

24      12.     This Court has subject matter jurisdiction over state law causes of action under 28

25  U.S.C. § 1332(a)(2).

26      13.     Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

27  ///

28  COMPLAINT FOR
    PATENT INFRINGEMENT          - 3 -          CASE NO.

1

2

## BACKGROUND FACTS

3       14.     On November 30, 2010, United States Patent No. 7,843,508 (the "'508 patent") was

4  duly and legally issued to MedioStream, Inc., with Qiang Huang named as inventor, for an invention

5  entitled "Method and System For Direct Recording of Video Information Onto A Disk Medium." By

6  assignment, MedioStream is the owner of all rights, title, and interests in the '508 patent.

7

8                                 ## COUNT 1

9                   ### Patent Infringement Against All Defendants

10                        ### (US Patent No. 7,843,508)

11

12      15.     Upon information and belief, Defendants have infringed and continue to infringe the

13  '508 patent by engaging in commercial activities related to the manufacture, development, sale, offers

14  to sell and importation into the United States, including this district, a variety of electronic products

15  and software applications covered by the '508 patent, and are contributing to and inducing others to

16  manufacture, use, sell, import, and/or offer for sale products covered by the '508 patent. Defendants

17
    are liable for infringement of the '508 patent pursuant to 35 U.S.C. § 271,
18

19      16.     MedioStream has been damaged by the infringement or inducement of and/or

20  contributory infringement of its patent by Defendants and will continue to be damaged by such

21  infringement or inducement of and/or contributory infringement unless enjoined by this Court.

22      17.     Upon information and belief, Defendants had knowledge of their infringement of the

23  '508 patent, yet Defendants continue to infringe. Defendants willfully and deliberately infringed the

24
    '508 patent – entitling MedioStream to increased damages under 35 U.S.C. § 284 and to attorneys'
25
    fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.
26

27  ///

28
    COMPLAINT FOR
    PATENT INFRINGEMENT        - 4 -        CASE NO.

**PRAYER FOR RELIEF**

18.     WHEREFORE, Plaintiff MedioStream, Inc. requests entry of judgment in its favor and against Defendants as follows:

a) A temporary and permanent injunction against Defendants and their respective officers, agents, employees, and those acting in privity with them, from further infringement, contributory infringement and/or inducing infringement of U.S. Patent No. 7,843,508;

b) Awarding the damages arising out of Defendants' infringement or inducement of and/or contributory infringement of U.S. Patent No. 7,843,508 to MedioStream, including enhanced damages pursuant to 35 U.S.C. § 284, together with prejudgment and post-judgment interest, in an amount according to proof;

c) Declaration that this is an exceptional case and MedioStream be awarded its costs and reasonable attorneys' fees incurred in this action as provided by 35 U.S.C. § 285 or as otherwise permitted by law;

d) Such other and further relief as the Court deems just and proper.

Dated:  December 17, 2010

Respectfully submitted,

By: _____
Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201
Email: bcooper@teklaw.co

S. Calvin Capshaw (*Pro Hac Vice*
Appliction to be submitted)
Elizabeth L. DeRieux (*Pro Hac Vice*

1    Appliction to be submitted)
     John E. Lord (CA State Bar No. 216111)
2    CAPSHAW DeRIEUX, LLP
     1127 Judson Road, Suite 220
3    Longview, TX 75601
     Telephone: (903) 236-9800
4    Facsimile: (903) 236-8787
     Email: ccapshaw@capshawlaw.com
5    Email: ederieux@capshawlaw.com
6    Email: jlord@capshawlaw.com

7    Attorneys for Plaintiff
8    MEDIOSTREAM, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
COMPLAINT FOR
PATENT INFRINGEMENT          - 6 -          CASE NO.

1

**JURY DEMAND**

2

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff MedioStream hereby demands a trial by jury on all

3

issues triable of right by a jury.

4

5    Dated:  December 17, 2010                     Respectfully submitted,

6
                                                  By: _____
7                                                     Byron Cooper (State Bar No. 166578)
                                                      530 Lytton Avenue, Suite 200
8                                                     Palo Alto, California  94301
                                                      Telephone: (650) 283-4244
9                                                     Facsimile: (650) 617-3201
                                                      Email: bcooper@teklaw.co
10

11
                                                  S. Calvin Capshaw (*Pro Hac Vice*
12                                                Appliction to be submitted)
                                                  Elizabeth L. DeRieux (*Pro Hac Vice*
13                                                Appliction to be submitted)
                                                  John E. Lord ( State Bar No. 216111)
14                                                CAPSHAW DeRIEUX, LLP
                                                  1127 Judson Road, Suite 220
15                                                Longview, TX 75601
                                                  Telephone: (903) 236-9800
16                                                Facsimile: (903) 236-8787
                                                  Email: ccapshaw@capshawlaw.com
17                                                Email: ederieux@capshawlaw.com
                                                  Email: jlord@capshawlaw.com
18

19
                                                  Attorneys for Plaintiff
20                                                MEDIOSTREAM, INC.

21

22

23

24

25

26

27

28
COMPLAINT FOR
PATENT INFRINGEMENT          - 7 -          CASE NO.