IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEDIOSTREAM, INC. | § § § § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| V. | | |
| ACER, INC., ACER AMERICA CORP., APPLE INC., ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER, INC., DELL INC., HEWLETT-PACKARD CO., SONY CORP., SONIC SOLUTIONS, AND MICROSOFT CORP., | | CIVIL ACTION NO. 3:10-05762- RS |
| DEFENDANTS. | | |

## ORDER OF DISMISSAL

On this day, Plaintiff MEDIOSTREAM and Defendant ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC., announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC. by MEDIOSTREAM herein are dismissed, with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this  29th  day of March 2013.

_____
District Judge Richard Seeborg
UNITED STATES DISTRICT COURT