UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER INC., ET AL., <br><br> Defendants. | Case No.: 3:10-cv-05762-RS <br><br> [~~PROPOSED~~] ORDER AND STIPULATION OF DISMISSAL <br><br> Judge Richard Seeborg |

IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendant Microsoft Corporation (collectively the "Parties") through their counsel of record and subject to the approval of the Court that:

1. All claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Microsoft Corporation;

2. All other claims presented by MedioStream, Inc. in this litigation against other Defendants are dismissed with prejudice as to any product, service, software, equipment, or other technology of Microsoft Corporation;

3. The Parties shall bear their own costs and attorneys' fees.

*/s/ Henry C. Bunsow*

Henry C. Bunsow (State Bar No. 060707)
hbunsow@bdiplaw.com
Bunsow De Mory Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94133
Tel: (415) 426-4747
Fax: (415) 426-4744

Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200

*/s/ Michael K. Plimack*

Michael K. Plimack (SBN 133869)
Scott A. Schrader (SBN 219673)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091
Email:       mplimack@cov.com
Email:       sschrader@cov.com

| | |
|---|---|
| Palo Alto, California 94301<br>Telephone: (650) 283-4244<br>Fax: (650) 617-3201<br>Email: bcooper@teklaw.co | George F. Pappas (admitted *pro hac vice*)<br>Ranganath T. Sudarshan (SBN 244984)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave. N.W.<br>Washington, DC 20004-2401 |
| S. Calvin Capshaw (pro hac vice)<br>Elizabeth L. DeRieux (pro hac vice)<br>CAPSHAW DeRIEUX, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Tel: (903) 236-9800; Fax: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com<br>Email: ederieux@capshawlaw.com | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>Email: gpappas@cov.com<br>Email: wzapf@cov.com<br><br>*Counsel for Defendant Microsoft Corporation* |

*Counsel for Plaintiff MedioStream, Inc.*

IT IS SO ORDERED.

Dated: 4/26/13

_____
Hon. Richard Seeborg
United States District Judge