| | |
|---|---|
| 1 | Roderick M. Thompson (State Bar No. 96192) |
| | rthompson@fbm.com |
| 2 | Andrew Leibnitz (State Bar No. 184723) |
| | aleibnitz@fbm.com |
| 3 | Christina R. Hollander (State Bar No. 267292) |
| | chollander@fbm.com |
| 4 | FARELLA BRAUN + MARTEL LLP |
| | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:  (415) 954-4400 |
| 6 | Facsimile:  (415) 954-4480 |
| 7 | Attorneys for Defendant |
| | SONIC SOLUTIONS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. 3:10-CV-05762 |
| Plaintiff, | **[PROPOSED] ORDER AND STIPULATION OF DISMISSAL** |
| vs. | |
| MICROSOFT CORPORATION, | Dept:    Courtroom 3, 17th Floor |
| Defendant. | Judge:   Hon. Richard Seeborg |
| MEDIOSTREAM, INC., | |
| Plaintiff, | |
| vs. | |
| ACER AMERICA CORPORATION, et al., | |
| Defendants. | |

1  IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendant Sonic Solutions LLC, through their counsel of record and subject to the approval of the Court, that all claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Sonic Solutions LLC.

Dated: August 22, 2013

FARELLA BRAUN + MARTEL LLP

By: /s/ *Roderick M. Thompson*
　　　Roderick M. Thompson

ATTORNEYS FOR DEFENDANT SONIC SOLUTIONS LLC

By: /s/ *Henry C. Bunsow*
　　　Henry C. Bunsow (State Bar No. 060707)
　　　Bunsow De Mory Smith & Allison LLP
　　　55 Francisco Street, Suite 600
　　　San Francisco, CA 94113
　　　Telephone: 415-426-4747
　　　Facsimile: 415-426-4744
　　　Email: hbunsow@bdiplaw.com

　　　S. Calvin Capshaw (admitted *pro hac vice*)
　　　Elizabeth L. DeRieux (admitted *pro hac vice*)
　　　Capshaw DeRieux, LLP
　　　1127 Judson Road, Suite 220
　　　Longview, TX 75601
　　　Telephone: (903) 236-9800
　　　Facsimile: (903) 236-8787
　　　Email: ccapshaw@capshawlaw.com
　　　Email: ederieux@capshawlaw.com

　　　Byron Cooper (State Bar No. 166578)
　　　530 Lytton Avenue, Suite 200
　　　Palo Alto, California 94301
　　　Telephone: (650) 283-4244
　　　Facsimile: (650) 617-3201
　　　Email: bcooper@teklaw.co

ATTORNEYS FOR PLAINTIFF MEDIOSTREAM, INC.

1  **SIGNATURE ATTESTATION**

2  Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained consent to file for all

3  signatures indicated by the mark "/s/" within this electronically filed document.

4

5  /s/ *Roderick M. Thompson*
   Roderick M. Thompson

6

7  **IT IS SO ORDERED.**

8  Dated: 8/22/13

9

10

11  _____
    Hon. Richard Seeborg
12  United States District Judge