# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., | Case No. 3:10-cv-05762-RS |
| Plaintiff; | [~~PROPOSED~~] ORDER AND STIPULATION OF DISMISSAL |
| v. | Judge Richard Seeborg |
| ACER INC., ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendant Sony Corporation (collectively the "Parties") through their counsel of record and subject to the approval of the Court that:

1. All claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Sony Corporation.

2. All claims presented by MedioStream, Inc. in this litigation against other Defendants are dismissed with prejudice as to any product, service, software, equipment, or other technology of Sony Corporation; and

3. The Parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/ Henry C. Bunsow* | */s/ Megan Olesek* |
| Henry C. Bunsow (State Bar No. 060707)<br>hbunsow@bdiplaw.com<br>Bunsow De Mory Smith & Allison LLP<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94133<br>Tel: (415) 426-4747<br>Fax: (415) 426-4744 | Megan Olesek (SBN 191218)<br>KENYON & KENYON LLP<br>1801 Page Mill Road, Suite 210<br>Palo Alto, CA 94304-1216<br>Telephone: 650.384.4700<br>Facsimile: 650.384.4701<br>Email: molesek@kenyon.com |
| Byron Cooper (State Bar No. 166578)<br>530 Lytton Avenue, Suite 200<br>Palo Alto, California 94301<br>Telephone: (650) 283-4244<br>Fax: (650) 617-3201<br>Email: bcooper@teklaw.co | *Counsel for Defendant Sony Corporation* |

S. Calvin Capshaw (pro hac vice)
Elizabeth L. DeRieux (pro hac vice)
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 236-9800; Fax: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*Counsel for Plaintiff MedioStream, Inc.*

IT IS SO ORDERED.

Dated: 9/3/13

_____
Hon. Richard Seeborg
United States District Judge