Henry C. Bunsow (State Bar No. 060707)
BUNSOW, DE MORY, SMITH & ALLISON LLP
351 California Street, Suite 200
San Francisco, CA 94133
Tel: (415) 426-4747; Fax: (415) 426-4744
Email: hbunsow@bdiplaw.com

Byron Cooper (State Bar No. 166578)
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244; Fax: (650) 617-3201
Email: bcooper@teklaw.co

S. Calvin Capshaw (pro hac vice)
Elizabeth L. DeRieux (pro hac vice)
CAPSHAW DeRIEUX, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 236-9800; Fax: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

Attorneys for Plaintiff
MEDIOSTREAM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORP., APPLE INC., ASUS COMPUTER INTERNATIONAL, ASUSTeK COMPUTER, INC., DELL INC., HEWLETT-PACKARD CO., SONY CORP., SONIC SOLUTIONS, AND MICROSOFT CORP., <br><br> Defendants. | Case No. 3:10-cv-05762-RS <br><br> [PROPOSED] ORDER AND STIPULATION OF DISMISSAL <br><br> JUDGE RICHARD SEEBORG |

1       IT IS HEREBY STIPULATED, by and among Plaintiff MedioStream, Inc. and Defendant Hewlett-Packard Company (collectively the "Parties") through their counsel of record and subject to the approval of the Court that:

      1.     All claims presented by MedioStream, Inc. in this litigation are dismissed with prejudice as to Hewlett-Packard Company;

      2.     All counterclaims presented by Hewlett-Packard Company in this litigation against MedioStream, Inc. are dismissed without prejudice; and

      3.     The Parties shall bear their own costs and attorneys' fees.

Dated: January 24, 2014

*/s/ Henry C. Bunsow*
    Henry C. Bunsow (State Bar No. 060707)
    hbunsow@bdiplaw.com
    Bunsow De Mory Smith & Allison **LLP**
    351 California Street, Suite 200
    San Francisco, CA 94133
    Tel: (415) 426-4747
    Fax: (415) 426-4744

    Byron Cooper (State Bar No. 166578)
    530 Lytton Avenue, Suite 200
    Palo Alto, Califomia 9430 I Telephone: (650) 283-4244
    Fax: (650) 617-3201
    Email: bcooper@teklaw.com

    S. Calvin Capshaw (pro hac vice)
    Elizabeth L. DeRieux (pro hac vice)
    CAPSHAW DeRlEUX, LLP
    114 E. Commerce Ave.
    Gladewater, TX 75647
    Tel: (903) 236-9800; Fax: (903) 236-8787
    Email: eeapshaw@capshawlaw.com
    Email: ederieux@capshawlaw.com

*Counsel for Plaintiff MedioStream, Inc.*

*/s/ Ahren C. Hsu-Hoffman*
Ahren C. Hsu-Hoffman
Michael J. Lyons
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
Email: mlyons@morganlewis.com
Email: ahoffman@morganlewis.com

*Counsel for Defendant Hewlett-Packard Company*

**IT IS SO ORDERED:**

Dated: 1/27/14

_____
Hon. Richard Seeborg
United States District Judge

SIGNATURE ATTESTATION

Pursuant to General Order 45, section X.B., I attest that I have obtained consent to file for all signatures indicated by the mark "/s/" within this electronically filed document.

                           By:      /s/ *Henry C. Bunsow*
                                           Henry C. Bunsow
                                           BUNSOW DE MORY SMITH & ALLISON LLP

                                           Attorney for Plaintiff
                                           MEDIOSTREAM, INC.