Roger Fulghum (*pro hac vice*)
roger.fulghum@bakerbotts.com
Tammy Pennington Rhodes (*pro hac vice*)
tammy.pennington@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769

David S. Bloch (State Bar No. 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California St.
San Francisco, CA 94111-5802
Telephone: (415) 591-1452
Facsimile: (415) 591-1400

Attorneys for
DELL INC.

Byron Cooper (State Bar No. 166578)
bcooper@teklaw.co
530 Lytton Avenue, Suite 200
Palo Alto, California 94301
Telephone: (650) 283-4244
Facsimile: (650) 617-3201

Henry C. Bunsow (State Bar No. 060707)
hbunsow@bdiplaw.com
BUNSOW, DEMORY,
SMITH & ALLISON LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
Telephone: (415) 426-4747
Facsimile: (415) 426-4744

Attorneys for
MEDIOSTREAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACER, INC. et al.,<br><br>　　　　　Defendants. | Case No. 3:10-CV-5762 RS<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

On this day, Plaintiff MedioStream, Inc. and Defendant Dell Inc. announced to the Court that they stipulate to the dismissal of this case. The Court, having considered their request for entry of a stipulated order of dismissal, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Dell Inc. by MedioStream, Inc. herein are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all attorneys' fees and costs shall be borne by each party incurring the same.

Signed this 4th day of February 2014.

*/s/ Richard Seeborg*
District Judge Richard Seeborg
UNITED STATES DISTRICT COURT